# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 2, 2005

128108

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

MARYANN JACKSON-RABON,
      Petitioner-Appellant,

v

STATE EMPLOYEES' RETIREMENT SYSTEM,
      Respondent-Appellee.

SC: 128108
COA: 249538
Wayne CC: 03-301675-AA

_____/

On order of the Court, the application for leave to appeal the February 15, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 2, 2005

Clerk

t1026